PER CURIAM.
 

 The appellant challenges his conviction for second degree murder with a firearm. Because fundamental error occurred when the trial court gave the standard jury instruction for the lesser-included offense of manslaughter by act, which an average juror would understand as requiring the additional element of intent to kill, the appellants conviction is reversed and the case is remanded for further proceedings.
 
 See Montgomery v. State,
 
 34 Fla. L. Weekly D360, — So.3d-, 2009 WL 350624 (Fla. 1st DCA 2009);
 
 Washington v. State,
 
 18 So.3d 600, 2009 WL 975463 (Fla. 1st DCA 2009).
 

 HAWKES, C.J., ALLEN, and CLARK, JJ., concur.